```
LAW OFFICES OF
MICHAEL O. HAYS (87440)
676 EAST FIRST AVE. #5
CHICO, CA 95926
TEL: 530-892-8916
FAX: 530-892-8015

ATTORNEY FOR DEBTORS
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re: JANELLE M. WALTON

Debtor(s)
_____/

Case No. 10-51598-E-13C

DEBTOR'S EX PARTE APPLICATION FOR CONVERSION OF HER CHAPTER 13 BANKRUPTCY TO CHAPTER 7

The Debtor respectfully makes application ex parte for conversion of her current Chapter 13 bankruptcy to a Chapter 7 for further proceedings. The grounds for the reliefare as follows:

1) The Debtor's current Chapter 13 case was filed on 12/1/2010, at a time when she was eligible to file a Chapter 7 bankruptcy, not having filed any bankruptcies in the eight years preceding that date, other than an earlier joint Chapter 13 with her husband, #10-31175 on 4/29/10 which was dismissed on 11/30/10. She filed this second Chapter 13 by herself in an attempt to save her residence from a pending foreclosure. The plan payment of $3,377.00 which included substantial mortgage arrears has become too burdensome and she can no longer keep up with the payments and is still in need of being relieved of her debts in a Chapter 7. The Trustee's NOTICE OF DEFAULT AND APPLICATION TO DISMISS was filed on 3/18/13 and a dismissal is pending due to the $6,964.00 arrearage not having been cured.

Respectfully submitted,

Date: 4/8/2013

Michael O. Hays
Attorney for Debtor